UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**FREDDIE LAMP,**

    Plaintiff,

v.                                  **CASE NO.: 8:17-cv-01716-EAK-AAS**

**SYNCHRONY BANK,**

    Defendant.

## NOTICE OF PENDING SETTLEMENT

Plaintiff**,** FREDDIE LAMP, by and through his undersigned counsel, hereby submits this Notice of Settlement and states that Plaintiff, FREDDIE LAMP and Defendant, SYNCHRONY BANK, have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of same, the parties will file the appropriate dismissal documents with the Court.

                                                */s/Amanda J. Allen, Esq.*
                                                **Amanda J. Allen, Esq**.
                                                Florida Bar No.:  98228
                                                THE CONSUMER PROTECTION FIRM, PLLC
                                                4030 Henderson Blvd.
                                                Tampa, FL 33629
                                                Telephone: (813) 500-1500
                                                Facsimile: (813) 435-2369
                                                Amanda@TheConsumerProtectionFirm.com
                                                Shenia@TheConsumerProtectionFirm.com
                                                *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on September 4, 2018, the foregoing was served using the CM/ECF system, which will provide electronic notice of filing to all counsel of record.

      */s/Amanda J. Allen, Esq.*
**Amanda J. Allen, Esq.**
Florida Bar No.: 98228
THE CONSUMER PROTECTION FIRM, PLLC
4030 Henderson Blvd.
Tampa, FL 33629
Telephone: (813) 500-1500
Facsimile: (813) 435-2369
Amanda@TheConsumerProtectionFirm.com
Shenia@TheConsumerProtectionFirm.com
*Attorney for Plaintiff*