UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FREDDIE LAMP,

    Plaintiff,

v().                                CASE NO.: 8:17-cv-01716-EAK-AAS

SYNCHRONY BANK,

    Defendant.

_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

**COMES NOW** the Plaintiff, FREDDIE LAMP, and the Defendant, SYNCHRONY BANK, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and through their undersigned counsel, hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant, in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

By:

| /s/ *Amanda J. Allen, Esq.* | /s/ *Brandon T. White, Esq.* |
|---|---|
| **Amanda J. Allen, Esquire** | **Brandon T. White, Esquire** |
| Florida Bar No. 98228 | Florida Bar No. 0106792 |
| Amanda@TheConsumerProtectionFirm.com | bwhite@reedsmith.com |
| The Consumer Protection Firm, PLLC | Reed Smith LLP |
| 4030 Henderson Blvd. | 1001 Brickell Bay Dr., Suite 900 |
| Tampa, FL 33629 | Miami, FL 33131 |
| Tele: (813) 500-1500 | Tele: (786) 747-0222 |
| Fax: (813) 435-2369 | Fax: (786) 747-0299 |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

## **CERTIFICATE OF SERVICE**

      I certify that on November 5, 2018, a copy of the foregoing document was served on all counsel of record via CM/ECF.

      *s/Amanda J. Allen, Esq.*
      **Amanda J. Allen, Esquire**
      Florida Bar No. 98228
      Amanda@TheConsumerProtectionFirm.com
      Shenia@TheConsumerProtectionFirm.com
      THE CONSUMER PROTECTION FIRM, PLLC
      4030 Henderson Blvd.
      Tampa, FL 33629
      Tele: (813) 500-1500
      Fax: (813) 435-2369
      ***Attorney for Plaintiff***